Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATINA LACY,<br>　　　　　　Plaintiff,<br>　v.<br>CAPITAL ONE,<br>　　　　　　Defendants. | Case No. 2:19-CV-01303-KJM-CKD<br><br>**ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 28 DAYS** |

This matter comes before the Court on the Unopposed Motion to Extend Time for CAPITAL ONE BANK, (USA), N.A. to Respond to Plaintiff's Complaint.

FOR GOOD CAUSE SHOWN, the Court GRANTS the Unopposed Motion, and provides Capital One through and including October 23, 2019 to file a response to Plaintiff's complaint.

IT IS SO ORDERED this 4th day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE