Amy L. Bennecoff (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
teamkimmel@creditlaw.com
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KATINA LACY, | § § | |
| Plaintiff, | § § | Civil Action No. 2:19-cv-01303-KJM-CKD |
| v. | § § | |
| CAPITAL ONE, | § § § | |
| Defendant. | § § § § | |

NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

    /S/ Amy L. Bennecoff Ginsburg
    Amy L. Bennecoff Ginsburg Esq.
    Kimmel & Silverman, P.C.
    30 East Butler Pike
    Ambler, PA 19002
    Phone: (215) 540-8888
    Fax: (215) 540-8817
    Email: teamkimmel@creditlaw.com
    Attorney for the Plaintiff

    Date: October 18, 2019

## CERTIFICATE OF SERVICE

I, Amy L. B. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Voluntary Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Adam H. Settle, Esq.
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia PA 19103
Phone: 215-864-8861
Email:  settlea@ballardspahr.com
Attorney for the Defendant

DATED:  October 18, 2019        /s/ Amy L. Bennecoff Ginsburg
                                Amy L. Bennecoff Ginsburg Esq.
                                Kimmel & Silverman, P.C.
                                30 East Butler Pike
                                Ambler, PA 19002
                                Tel: 215-540-8888
                                Fax: 215-540-8817
                                Email: teamkimmel@creditlaw.com
                                Attorney for Plaintiff